UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

        v.                                              18-CR-786 (CM)

**<u>ORDER</u>**

ERIC CHERRY,

                           Defendant.
------------------------------------------------------------X

McMahon, C.J.:

      The Court will hold a telephone conference this Monday, April 13, 2020, at 2:30 p.m., on defendant's motion to be released on bail conditions.

      To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

April 9, 2020

                                                   Colleen McMahon
                                                   Chief Judge