UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

                v.

ERIC CHERRY,

                Defendant.
---------------------------------------------------------X

18-CR-786 (CM)

**ORDER**

McMahon, C.J.:

       The Court will sentence defendant via telephone on July 30, 2020, at 10:30 a.m.

       To join the conference, the parties are to dial in at: 888-363-4749; the Access Code is: 9054506. This is an open proceeding and the public (including defendant's family members) and press are welcomed to dial in, but must remain silent.

July 29, 2020

                                        Colleen McMahon
                                        Chief Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/20