UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Eric Cherry,

Defendant.

**Order of Restitution**

**S1 18 Cr. 786 (CM)**

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Peter J. Davis, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count Three the above Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**Amount of Restitution.** Eric Cherry, the Defendant, shall pay restitution in the total amount of $100,000 to the victim of the offense charged in Count Three of the Superseding Indictment. The names, addresses, and specific amounts owed to the victim are set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

30 July, 2020

UNITED STATES DISTRICT JUDGE

09.10.2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| United States of America | Schedule for Order of Restitution |
|---|---|
| v. | S1 18 Cr. 786 (CM) |
| Eric Cherry, | |
| Defendant. | |

| Name | Address | Amount |
|---|---|---|
| Lucky Diamond Corp.<br>Attn: Nung Hon Wong | PO Box 130358<br>NY, NY 10013 | $100,000 |

09.10.2013