UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/20
```

UNITED STATES OF AMERICA

-against-

ERIC CHERRY,

Defendant.

18-CR-786 (CM)

**ORDER**

McMahon, C.J.:

Eric Cherry was sentenced by the Court on July 30, 2020, *via* telephone conference. Mr. Cherry is in poor physical health and is currently being treated at Brooklyn Hospital. Given his condition it is imperative that he be kept in a medical facility.

Accordingly, it is hereby ordered that the Bureau of Prisons designate Mr. Cherry to a permanent medical facility within 10 days, and it is recommended that he be designated to FCI Butner.

It is further ordered that Mr. Cherry *not be* returned to MDC or MCC or any other non-medical BOP facility prior to his transport to a designated medical BOP facility.

July 30, 2020

So Ordered:

Colleen McMahon
Chief Judge

cc: AUSAs Peter Davis and Juliana Murray (by ECF and email)
Nicole McFarland, BOP (nicole.mcfarland@bop.gov; nicole.mcfarland@usdoj.gov)
Adam Johnson, BOP (a10johnson@bop.gov)
Megan Marlow, BOP (mmarlow@bop.gov)
S. Coleman, Director of Security at Brooklyn Hospital (scoleman@tbh.org)
USM Ralph Sozio